IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GLEN WILLIAM VIRDEN**  **PLAINTIFF**
ADC #187847

v.   Case No. 4:25-cv-00464-LPR-JTK

**C. WATKINS, et al.**  **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 37). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, Defendants' Motions to Dismiss (Docs. 24 & 32) are DENIED.

IT IS SO ORDERED this 20th day of January 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE